Ronnie BLADE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 08–3480.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 13, 2010.

Filed: Feb. 4, 2010.

David L. Simpson, St. James, MO, for appellant.

Ronnie Blade, Leavenworth, KS, pro se.

Charles E. Ambrose, Jr., Asst. U.S. Atty., Kansas City, MO (Matt J. Whitworth, Acting U.S. Atty., on the brief), for appellee.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ronnie Blade appeals the district court's[1] denial of his Fed.R.Crim.P. 41(g)

motion for the return of property. Upon careful review, *see Jackson v. United States,* 526 F.3d 394, 396 (8th Cir.2008) (legal conclusions reviewed de novo and findings of fact reviewed for clear error), we find no basis for reversal. We also find no abuse of discretion in the district court's denial of Blade's motion for appointed counsel. *See Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir. 2006) (district court's denial of appointed counsel reviewed for abuse of discretion; relevant factors). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.